**Electronically Filed
Supreme Court
30028
26-OCT-2010
01:31 PM**

NO. 30028

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SAOFAIGA LOA, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 92-2001; SPP NO. 08-1-0029)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Saofaiga Loa's application for writ of certiorari filed on September 10, 2010, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 26, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Saofaiga Loa,
petitioner/defendant-
appellant, pro se,
on the application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge McKenna, assigned by reason of vacancy.